**Entered on Docket
September 23, 2009**

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

US Bank Natl. Assoc., as Trustee Mortgage Pass-Through Certificates, Series 2006-EQ1
09-72022 / 1100207548

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Robert V. Lopez and Tamatha J. Young<br><br><br><br>Debtors. | BK-S-09-14432-bam<br><br>MS Motion No.<br>Date:<br>Time:<br><br>Chapter 13 |

### ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $2,085.82 (June 1, 2009 – September 1, 2009) | $ 8,343.28 |
| 3 Late Charges at $91.82 each (June 16, 2009 – August 16, 2009) | $ 275.46 |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Less suspense | –($ 14.18) |
| Total Arrearages | $ 9,504.56 |

The above arrearage shall be paid in six (6) monthly installments of $1,584.09. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the September 20, 2009 payment and continuing throughout and concluding on or before February 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the October 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 6156 Forever St., Las Vegas, NV 89148, and legally described as follows:

Parcel I:
Lot Thirty-One (31) of SEDONA III AT SOUTHWEST RANCH - UNIT I, as shown by map thereof on file in Book 107 of Plats, Page 95, in the Office of the County Recorder of Clark County, Nevada.
Parcel II:
A non-exclusive easement for ingress, egress, use and enjoyment over and upon that portion of said subdivision delineated on the Plat as "Private Street and Common Elements", as further described in the Declaration of Covenants, Conditions and Restrictions recorded July 26, 2002 in Book 20020726 as Document No. 00372 of Official Records, as the same may be amended from time to time.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each

such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:
WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall

By _____ 9-18-09

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

Narrah F. Newark

By _____

Narrah F. Newark
Attorney for Debtors
201 Las Vegas Blvd, S., #350
Las Vegas, NV 89101

Nevada Bar No. 8201