Entered on Docket
January 20, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
bk@wildelaw.com
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
US Bank Natl. Assoc., as Trustee Mortgage Pass-Through Certificates, Series 2006-EQ1
09-72022 / 1100207548

## UNITED STATES BANKRUPTCY COURT

## SOUHERN DISTRICT OF NEVADA

| In Re: | 09-14432-bam |
|---|---|
| Robert V. Lopez and Tamatha J. Young | Motion no.<br>Date:<br>Time: |
| Debtors. | Chapter 13 |

### AMENDED ORDER VACATING AUTOMATIC STAY

Pursuant to the Declaration re Breach of Condition filed on November 5, 2009 and Debtors failure to cure the default prior to its expiration, and good cause appearing.

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the
2  above-entitled bankruptcy proceeding is immediately vacated and extinguished for all purposes as to
3  Secured Creditor, US Bank Natl. Assoc., as Trustee Mortgage Pass-Through Certificates, Series 2006-
4  EQ1 its assignees and/or successors in interest, and Secured Creditor may proceed with a foreclosure of
5  and hold a Trustee's Sale of the subject property, generally described as 6156 Forever St., Las Vegas
6  NV and legally described as follows:

Parcel I:
Lot Thirty-One (31) of SEDONA III AT SOUTHWEST RANCH - UNIT I, as shown by map thereof on file in Book 107 of Plats, Page 95, in the Office of the County Recorder of Clark County, Nevada.
Parcel II:
A non-exclusive easement for ingress, egress, use and enjoyment over and upon that portion of said subdivision delineated on the Plat as "Private Street and Common Elements", as further described in the Declaration of Covenants, Conditions and Restrictions recorded July 26, 2002 in Book 20020726 as Document No. 00372 of Official Records, as the same may be amended from time to time.

pursuant to applicable State Laws, and thereafter commence any action necessary to obtain complete possession of the subject property.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010

Submitted by:
Wilde & Associates

By_____
   **GREGORY L. WILDE, ESQ.**
   Attorney for Secured Creditor
   208 South Jones Boulevard
   Las Vegas, Nevada 89107

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
\_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_x\_ failed to respond to the document

\_\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document
\_\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_\_ approved the form of this order         \_\_\_\_\_ disapproved the form of this order
\_\_\_\_\_ waived the right to review the order and/or   \_\_\_\_\_ failed to respond to the document

\_\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor